■ In the Matter of TERRELL Z., JR., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MAMIE W.-K., Appellant. (Appeal No. 2.) [879 NYS2d 353]—Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered October 12, 2007 in a proceeding pursuant to Social Services Law § 384-b. The order granted respondent posttermination contact with her child.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Kahlil S.* (60 AD3d 1450 [2009]). Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.